IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Felicia | Case Number: 06 B 07680 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 6/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: August 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,243.00 | |
| Secured: | | 6,989.79 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,774.00 |
| Trustee Fee: | | 479.21 |
| Other Funds: | | 0.00 |
| Totals: | 9,243.00 | 9,243.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,774.00 | 1,774.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | Centrix Financial A/K/A FlatIron Fin | Secured | 11,083.39 | 3,491.98 |
| 5. | Sterling Inc | Secured | 545.76 | 218.67 |
| 6. | New Age Chicago Furniture Co | Secured | 2,728.94 | 1,093.23 |
| 7. | National City Mortgage Co | Secured | 6,097.59 | 2,185.91 |
| 8. | New Age Chicago Furniture Co | Unsecured | 101.42 | 0.00 |
| 9. | Capital One | Unsecured | 76.35 | 0.00 |
| 10. | Nationwide Acceptance Corp | Unsecured | 62.72 | 0.00 |
| 11. | Universal Lenders Inc | Unsecured | 299.90 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 48.05 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 108.98 | 0.00 |
| 14. | Sterling Inc | Unsecured | 25.68 | 0.00 |
| 15. | Pay Day Loans | Unsecured | 86.30 | 0.00 |
| 16. | Merrick Bank | Unsecured | 108.16 | 0.00 |
| 17. | Nicor Gas | Unsecured | 99.30 | 0.00 |
| 18. | United Credit Union | Unsecured | 2,147.62 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 314.31 | 0.00 |
| 20. | B & A Associates | Unsecured | | No Claim Filed |
| 21. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 22. | Armor Systems Co | Unsecured | | No Claim Filed |
| 23. | CB USA | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Felicia

Printed: 4/8/08

Case Number: 06 B 07680
Judge: Hollis, Pamela S
Filed: 6/29/06

| | | | | |
|---|---|---|---|---|
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 27. | Credit Management Service | Unsecured | | No Claim Filed |
| 28. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 29. | Home Warranty Of America | Unsecured | | No Claim Filed |
| 30. | Financial Recovery | Unsecured | | No Claim Filed |
| 31. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 32. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 33. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 34. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 35. | TRS Services | Unsecured | | No Claim Filed |

$ 25,708.47          $ 8,763.79

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 35.54 |
| 4.8% | 136.51 |
| 5.4% | 307.16 |

$ 479.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____